**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__SOUTHERN__ District of __NEW YORK__
(State)

Case number (if known): _____ Chapter _7_

FILED
U.S. BANKRUPTCY COURT

2023 SEP 15 A 11: 2

S.D.N.Y.

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | MANHATTAN RIVER VIEW LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 475596773 |

4. Debtor's address

**Principal place of business**

2086 BATHGATE AVE
Number     Street

BRONX          NY        10457
City               State       ZIP Code

BRONX
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
P.O. Box

_____
City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City          State     ZIP Code

5. Debtor's website (URL)          COHENGROUPINVESTMENTS@GMAIL.COM

Debtor    __MANHATTAN RIVER VIEW LLC__          Case number *(if known)*_____
                 Name

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check all that apply:*

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor     1MANHATTAN RIVER VIEW LLC

_____         Case number *(if known)* _____

Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.   District   **EDNY** _____   When **2/27/2019**   Case number **19-40999-cec**

                                     MM / DD / YYYY

           District _____   When _____   Case number _____

                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____        Relationship _____

           District _____        When _____

                                            MM / DD / YYYY

           Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

               Number       Street

               _____

               City                                  State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

               Contact name _____

               Phone _____

**Statistical and administrative information**

Debtor    MANHATTAN RIVER VIEW LLC
_____
Name

Case number (if known) _____

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/14/2023
            _____
            MM / DD / YYYY

X _____          _____
Signature of authorized representative of debtor          Printed name

Title    PRESIDENT
       _____

Debtor    MANHATTAN RIVER VIEW LLC
          Name                                                    Case number (if known)

### 18. Signature of attorney

✗ _____    Date _____
Signature of attorney for debtor                           MM  / DD / YYYY

Printed name _____    _____

Firm name _____    _____

Number     Street _____    _____

City _____    State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

FILED: BRONX COUNTY CLERK 08/04/2023 05:57 PM

NYSCEF DOC. NO. 71

INDEX NO. 806204/2021E

RECEIVED NYSCEF: 08/04/2023

# NOTICE OF SALE

SUPREME COURT COUNTY OF BRONX, RFLF 5, LLC, Plaintiff, vs. MANHATTAN RIVER VIEW LLC, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on January 25, 2023 and a Decision and Order duly entered on January 30, 2023, I, the undersigned Referee will sell at public auction at the Bronx County Courthouse, Courtroom 711, 851 Grand Concourse, Bronx, NY 10451 on September 18, 2023 at 2:40 p.m., premises known as 2086-2088 Bathgate Avenue, Bronx, NY 10457. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, Block 3045 and Lot 25. Approximate amount of judgment is $1,125,086.83 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #806204/2021E. COVID-19 safety protocols will be followed at the foreclosure sale.

Jeffrey E. Dinowitz, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff. Firm File No. 201287-2

BRONX, RFLF 5,LLC

C/O FRIEDMAN VARTOLO LLP

85 BROAD STREET, SUITE 501,

NEW YORK, NEW YORK  100004